Case 4:22-cv-00905   Document 55   Filed on 05/24/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 24, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEADFAST 829 HOLDINGS, INC. | § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION NO. H-22-0905 |
| 2017 YALE DEVELOPMENT, LLC, *et al.*, | | |
| *Defendants.* | | |

# ORDER

On March 31, 2022, plaintiff filed with the Court a zip drive of exhibits attached to the complaint. *See* Docket Entry March 31, 2022. On May 18, 2022, plaintiff filed a thumb drive with the Court, stating that it contained "amended petition supplemental exhibits." (Docket Entry No. 50.) The Court's docket does not show that plaintiff served hard copies of the exhibits contained on the zip drive or on the thumb drive on all counsel of record.

Plaintiff is **ORDERED** to serve hard copies of the exhibits contained on the zip drive and thumb drive on all counsel of record within **THREE DAYS** from date of this order.

Signed at Houston, Texas, on this the 24th day of May, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE