United States District Court
Southern District of Texas
**ENTERED**
February 12, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEADFAST 829 HOLDINGS, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-22-0905 |
| | § | |
| 2017 YALE DEVELOPMENT, LLC, | § | |
| *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

# ORDER

Defendant Michelle Fraga's motion for a status conference (Docket Entry No. 540) is **DENIED**..

Signed at Houston, Texas, on this the 11th day of February, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE