# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **Steadfast 829 Holdings, Inc.** § | | |
| Plaintiff § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 4:22:cv-00905 | |
| § | | |
| § | JURY TRIAL REQUESTED | |
| **2017 Yale Development, LLC,** § | | |
| **et al.** § | | |
| Defendants § | | |

### DEFENDANTS' MARGARET PARKER, BRAD PARKER TERRY FISHER, ALLEN FISHER, ASSURANCE HOME WARRANTY GROUP, LLC , KVAC HOLDING COMPANY, LLC, CITYSCAPE RENTALS, LLC, KAVAC HOLDINGS, LLC NOTICE OF RELATED LITIGATION

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Margaret Parker, Brad Parker, Terry Fisher, Assurance Home Warranty Group, LLC, KVAC Holding Company, LLC Cityscape Rentals, LLC and KVAC Holdings LLC (the "Parker/Fisher Defendants") file this Notice of Related Litigation, and show would the Court the following:

**Parker Sued for the Ninth Time**

1. Attached hereto is a true and correct copy of the **ninth** separate lawsuit brought by a Steadfast related party for the same events that were the subject of this lawsuit and the eight others. (events occurring in 2019 concerning property located at 829

1

Yale St. in Houston). Marc Sherrin walked out of his deposition claiming serious illness (never to return) when he was asked about Bella Heights and Adam Bell. Much of the deceit and game playing concerning this is documented in Doc 512, 516, 518, 525 (Opposed MOTION for Order to Show Cause as to Perjury) and exhibits. Doc 512-1 p.3-4). The attached exhibit is also offered in support of the Parker/Fisher Defendants joiner vexatious litigant motion. (Doc. 43).

    Respectfully submitted,

    By: /s/James D. Pierce
    James D. Pierce
    State Bar No. 15994500
    115 Guenther St.
    Sugar Land, TX 77478
    Telephone: 713-419-3775
    jim@jamepierce.com

ATTORNEY-IN-CHARGE
For Defendants Margaret Naeve Parker,
Brad Parker, Terry Fisher Allen Fisher
Assurance Home Warranty Group, LLC, KVAC Holding Company, LLC, Cityscape Rentals, LLC, and KAVAC Holdings, LLC

## CERTIFICATE OF SERVICE

I certify that on this 7th day of March 2025 my office served a true and correct copy of the foregoing instrument in accordance with the Federal Rules of Civil Procedure via the CM/ECF Filing System, which automatically served it through the electronic filing to all counsel of record.

By:   S/James D. Pierce
     *James D. Pierce*