United States District Court
Southern District of Texas
**ENTERED**
April 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEADFAST 829 HOLDINGS, INC., § § *Plaintiff,* § § v. § § 2017 YALE DEVELOPMENT, LLC, § *et al.,* § § *Defendants.* § | CIVIL ACTION NO. H-22-0905 |

**ORDER**

Pending before the Court is a motion to withdraw as counsel of record filed by Movant Rodney L. Drinnon on behalf of himself, McCathern Houston, and all attorneys, partners, or employees of McCathern Houston. (Docket Entry No. 511.) Movant seeks to withdraw as counsel of record for plaintiff Steadfast 829 Holdings, Inc. The record shows that Steadfast 829 Holdings, Inc., is not a corporation.

In its order dated March 4, 2025, the Court addressed several deficiencies in movant's motion, and ordered movant to file an amended motion or an affidavit to cure the deficiencies. The Court provided movant twenty days to comply with the order. Despite expiration of a reasonable period of time in excess of thirty days, movant has failed to comply with the order, file any objections to the order, or request additional time to comply with the order.

Movant's motion to withdraw did not reasonably or adequately establish the existence of irreconcilable differences as to good cause to withdraw as counsel of record, did not show that he gave reasonable notice to his client, and did not inform the Court of an appropriate contact person for plaintiff in order to prevent undue disruption of finalization of this lawsuit. Movant did not cure these deficiencies or provide any justification for not curing the deficiencies, and the motion to withdraw as counsel of record (Docket Entry No. 511) is **DENIED**.

Signed at Houston, Texas, on this the 10 day of April, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE