IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEADFAST 829 YALE HOLDINGS, INC., A NEW MEXICO CORP *PLAINTIFFS* | § § § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-00905 |
| 2017 YALE DEVELOPMENT, LLC., *ET. AL.,* *DEFENDANTS* | § § § | |

# DEFENDANTS NORMA LOPEZ, DON HUEBNER, EDWARD HERMAN AND MICHELLE FRAGA'S REQUEST FOR ENTRY OF JUDGMENT

TO THE HONORABLE COURT:

NOW COME DEFENDANTS, Norma Lopez, Don Huebner, Edward Herman and Michelle Fraga (hereinafter "Defendants" or "Movants") and Respectfully Request the Court Enter Judgment and would show as follow:

1. Movants ask the Court to enter a final judgment in accordance with this Court's April 12, 2024 Memorandum and Order at Docket Entry (hereinafter " D.E.") 497.

2. This action is one of dozens filed by the Plaintiffs and their counsel, not only in this court but in multiple state and federal courts across the state. Norma Lopez, an administrative assistant and notary, Don Huebner, an expert witness in the Galveston Case, Edward Herman, a transaction lawyer, and Michelle Fraga, an opposing lawyer in the state case of 2016-64847 were sued out of pure spite. Movants have nothing to do with the title dispute. Yet, Plaintiff and its lawyers have been permitted to run amok.

3. The Court indicated it would not entertain sanctions in this case. D.E. 546. Movants respectfully disagree with the Court and continue to maintain that it is an affront to the

1

dignity of the federal courts, an assault on the Federal Rules of Procedure, and contemptuous of any known court decorum or ethical mandate for lawyers to file a lawsuit and prosecute that lawsuit for three years and for pecuniary gain, and then when faced with the possibility of sanctions they suddenly announce that Plaintiff does not exist. Plaintiff's counsel repeatedly asserted "Steadfast 829 Holdings, Inc." **does not exist"** D.E. 500 para. 4, yet they prosecuted claims against the Movants for over three years. This Court even noted this fact in its Order on March 4, 2025, "Conundrum, inconsistencies and unanswered questions notwithstanding, some form of entity calling itself "Steadfast 829 Holdings, Inc." has been prosecuting this lawsuit as plaintiff for the past two-and-one-half years." D.E. 544.

4. Thus, the Court explained why it was ordering Plaintiff's counsel within 20 days to identify Plaintiff's contact person and provide the factual allegations supporting a connection between Steadfast 829 Holdings, Inc. and the named contact person sufficient for the Court to determine that person is an appropriate contact person."

5. On January 24, 2025, Movant requested a status conference to address the delay in entry of a final judgment. See D.E. 540. On February 11, 2025, that request was summarily denied. See D.E. 541. Since the Court is not going to entertain sanctions or hold hearings, Movants are requesting the Court enter a final judgment as the case has been pending over a year since the "Plaintiff" agreed to a dismissal with prejudice.

6. Now that the "Plaintiff's" counsel Mr. Drinnon remains as lawyer on the case and all pending motions for sanctions have been denied, Movants would like the Court to enter an order making its Memorandum and Order of April 14, 2024 final or provide the parties some insight as to what is required by the Court for a final judgment.

## PRAYER

PRAYER WHEREFORE, Movants pray that the Court enter a Final Judgment or schedule a status conference to provide some guidance to Movants as to the Court's time frame when entry of a judgment may be entered, and for such other and further relief as is just.

Respectfully submitted,

Cynthia Castanon
Southern District No. 3158681
State Bar No. 24093492
cynthia.castanon@stacybakerlaw.com
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Ph: 713-527-9991 | Fax: 713-527-9992
**Attorney for Norma Lopez**


**HILL & HILL, P.C.**
*/s/ J. Marcus Hill*
 J. Marcus "Marc" Hill
 State Bar No. 09638150
 Southern District No. 4640
 1770 St James Place, Ste 115
 Houston, TX 77056
 2116 Church Street
 Galveston, Texas 77550
 Phone: 713-688-6318
 Fax: 713-688-2817
 marc@hillpclaw.com
 **Attorney for Don Huebner**

*/s/ Johnie Patterson*
Johnie Patterson
State Bar No. 15601700
P.O. Box 61301
Houston, TX 77208-1301
Phone: (713) 956-5577
jjp@walkerandpatterson.com

3

Fax: (713) 956-5570
jjp@walkerandpatterson.com
**Attorney for Michelle Fraga**

*/s/ James Madison Ardoin, III*
Jimmy Ardoin & Associates, PLLC
State Bar No. 24045420
4900 Fournace Place, Suite 414
Bellaire, Texas 77401
Phone: 713-574-8900
Fax: 713-574-1404
jimmy@jimmyardoinlaw.com
**Attorney for Edward Herman**

## CERTIFICATE OF SERVICE

I certify that on this 15th day of July, 2025, my office served a true and correct copy of the foregoing instrument in accordance with the Federal Rules of Civil Procedure via the CM/ECF Filing System, which automatically served it through the electronic filing to all counsel of record.

By: _____
*Cynthia Castanon*

4