# JAMES D. PIERCE
*ATTORNEY AT LAW*
115 GUENTHER ST.
SUGAR LAND, TX  77478
713-419-3775
jim@jamespierce.com

July 23, 2025

Honorable Keith Ellison
515 Rusk 3rd Floor
Houston, TX 77002

VIA Electronic Filing and Email

> REQUEST FOR RULING OR STATUS CONFERENCE
>
> 22-cv-00905 Steadfast 829 Holdings, Inc. v. Choudhri et al
>
> 24-cv-00404, 829 Yale Holdings, Inc. v. Choudhri, et al.

Dear Judge Ellison:

    I represent some of the Defendants including Brad Parker and his family and Terry Fisher and his family and companies in the captioned matter involving over 30 Defendants and multiple claims.  My client, Margaret Parker, has been attempting to obtain an SBA loan for her furniture business, but the pendency of this case has complicated that process.  The pendency of the cases has also impacted Brad Parker's attempts to obtain full-time employment.  I understand, the pendency of the cases may have also impacted Parker's former corporate attorney, Michelle Fraga, with judicial appointments and in elections.

    On April 12, 2024, in the 22-cv- 905 case, the Court dismissed the Plaintiff's claims with prejudice but has not issued a final judgment. (Doc. 494).

    In the 24-cv-404 case, after being given numerous warnings by the Court, the Plaintiff has not had counsel appear, and filed no response to a joint motion to dismiss for failing to comply with this Court's orders to obtain counsel.

The court previously denied a request for a status conference in the 22-cv-905 case., but if the Court needs additional information, any questions could be answered in a status conference.

Counsel appreciates the Court's patience with this highly contentious case which involved suing lawyers, title companies, expert witnesses and family members.

Respectfully,

*James D. Pierce*

James D. Pierce

CC: All counsel of Record via ECF