United States District Court
Southern District of Texas
**ENTERED**
August 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEADFAST 829 HOLDINGS, INC., | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. H-22-0905 |
| 2017 YALE DEVELOPMENT, LLC, *et al.*, | § § § | |
| *Defendants.* | § § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Memorandum Opinion and Order entered on April 12, 2024, plaintiff Steadfast 829 Holdings, Inc.'s claims, counterclaims, and third-party claims against any and all parties in this lawsuit are **DISMISSED WITH PREJUDICE**. All other claims, counterclaims, and third-party claims brought by any other party or parties against any other party or parties are **DISMISSED WITHOUT PREJUDICE**.

All costs of court and attorney's fees shall be borne by the party incurring same, **EXCEPT** as to recovery of court costs and mandatory attorney's fees by the prevailing parties under the Texas Theft Liability Act, Texas Civil Practice & Remedies Code § 134.005(b), which will be addressed by separate order following entry of this Final Judgment.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas, on this the 25th day of August, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE